```
1  SIGAL CHATTAH
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 8264
3
   CYBILL DOTSON
4  Assistant United States Attorney
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   Telephone: (702) 388-6336
6  Facsimile: (702) 388-6787
   E-mail: Cybill.Dotson@usdoj.gov
7  Attorneys for the United States
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00090-HDM |
| Plaintiff/Judgment Creditor, | **ORDER TO SHOW CAUSE FOR FAILURE TO FILE ANSWER OF GARNISHEE** |
| v. | |
| MKRTICH MADJARIAN, | |
| Defendant/Judgment Debtor, | |
| and | |
| MIRACLE WATERS CORP, and its Successors or Assigns, | |
| Garnishee. | |

This matter is before the Court for consideration of the entry of an Order to Show Cause for Failure to File Answer of Garnishee pursuant to Section 3205 of the Federal Debt Collections Procedures Act of 1990, 28 U.S.C. § 3205(c)(6).

The United States filed an Application for Writ of Garnishment seeking any nonexempt property belonging to or owed the Judgment Debtor by Miracle Waters Corp, its Successors or Assigns ("Garnishee"). A Writ of Garnishment was properly served on Garnishee, however an Answer was not filed by the Garnishee.

//

//

1

IT IS THEREFORE ORDERED that the Garnishee appear before this court on the 9th day of October, 2025 at 10:45 a.m. and show cause why it failed to file an Answer of Garnishee.

Dated: September 29, 2025

_____
UNITED STATES DISTRICT JUDGE