TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Summer.Johnson@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00090-RFB |
| Plaintiff / Judgment Creditor, | **ORDER TO DISSOLVE WRIT OF CONTINUING GARNISHMENT** |
| v. | |
| MKRTICH MADJARIAN, | |
| Defendant / Judgment Debtor, | |
| and | |
| MIRACLE WATERS CORP, and its Successors or Assigns, | |
| Garnishee. | |

This matter is before the Court on the motion of the United States to Dissolve the Writ of Continuing Garnishment directed to Miracle Waters Corp, and its successor or assigns, at Attention: Hovanes Madjarian, 7560 Holiday Hills St, Las Vegas, NV 89139.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Writ of Continuing Garnishment issued to Miracle Waters Corp, and its successor or assigns, on June 11, 2025 is hereby dissolved.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that all monies previously held by the Garnishee in accordance with the Writ of Garnishment shall

1

immediately be released to the Defendant.

Dated: 4/21/2026 _____

_____
UNITED STATES DISTRICT JUDGE